STATE of Missouri, Respondent,

v.

Freddie J. MISCHANKO, Appellant.

No. KCD 26286.

Missouri Court of Appeals,
Kansas City District.

July 23, 1973.

Robert A. Simons, Asst. Public Defender, Kansas City, for appellant.

John C. Danforth, Atty. Gen., and David Robards, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM:

The appellant was convicted of burglary second degree and stealing, tried to a jury, in the circuit court of Jackson County, Sixteenth Judicial Circuit, and was sentenced to 5 years. The evidence adduced by the state was circumstantial, to wit: recent possession of stolen property [see State v. Sallee, 436 S.W.2d 246 (Mo. 1969)]. The defendant was arrested, when he fled after attempting to use a Sears credit card taken in the burglary, 19 hours after the break in.

From that judgment this appeal alleges one point of error: the sufficiency of the evidence to support the verdict.

Transcript of record discloses that, the evidence in support of the jury verdict is not insufficient; no error of law appears; an opinion would have no precedential value.

The judgment is therefore affirmed, Rule 84.16(b) V.A.M.R.